UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

NATIONAL LABOR RELATIONS BOARD

Petitioner

v.                                    Civil No. 09-2748 (PGS

KI SANG WONG,

President, New Majestic, Inc.

*So Ordered*
*Peter Hounder*
*10/21/09*

**NOTICE OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(i), Applicant National Labor Relations Board files this notice of dismissal of its Application for Enforcement of Administrative Subpoena Duces Tecum in the above captioned matter.

Dated at Newark, New Jersey this 21st day of October, 2009

_____s/_____
Marguerite R. Greenfield
Counsel for Applicant

CERTIFICATION OF SERVICE

Copies of this Notice of Dismissal have been served this date upon counsel as follows:

Alan Model, Esq.                        Ki Sang Wong
Littler Mendelson                       476 Forest Street, Apt. 8
One Newark Center, 8th Floor            Kearney, NJ 07032
Newark, NJ 07102

_____s/_____
Marguerite R. Greenfield
Counsel for Applicant
October 21, 2009